UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYNARD EDRALIN BUMAGAT,<br><br>Plaintiff,<br><br>v.<br><br>TERRY SHILLINGER, et al.,<br><br>Defendants. | No. 2:17-cv-02022 KJM AC (PS)<br><br>ORDER |

Plaintiff is proceeding in this action pro se, and the action was accordingly referred to the undersigned for pretrial proceedings by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis ("IFP"). Plaintiff has submitted the affidavit required by Section 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. ECF No. 2. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

I. SCREENING

Granting IFP status does not end the court's inquiry, however. The federal IFP statute requires federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). The court finds that, for screening purposes only, plaintiff's claims are sufficiently cognizable.

1

## II. CONCLUSION

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2), is GRANTED.

2. Service is appropriate for the following defendants:
    - Terry Shillinger
    - Andrew Bidou
    - Jeff Basset
    - Amy Furlong
    - Solano County Child Protective Services
    - Krishna A. Abrams
    - Adam C. Wright
    - Henry Soliman
    - County of Solano
    - City of Vallejo

3. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, without prepayment of costs.

4. The Clerk of the Court shall send plaintiff the above: one USM-285, one summons, a copy of the complaint, and an appropriate form for consent to trial by a magistrate judge.

5. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, <u>and shall promptly file a statement with the court that said documents have been submitted to the United States Marshal</u>. The court anticipates that, to effect service, the U.S. Marshal will require, for each defendant in ¶ 3, above, at least:

    a. One completed summons;

    b. One completed USM-285 form;

    c. One copy of the endorsed filed complaint, with an extra copy for the U.S. Marshal;

| | |
|---|---|
| 1 |     d. One copy of the instant order; and |
| 2 |     e. An appropriate form for consent to trial by a magistrate judge. |
| 3 |   6. In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on |
| 4 | any defendant within 90 days from the date of this order, the Marshal is directed to report that |
| 5 | fact, and the reasons for it, to the undersigned. |
| 6 |   7. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, |
| 7 | 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030. |
| 8 |   8. Failure to comply with this order may result in a recommendation that this action be |
| 9 | dismissed. |
| 10 |   IT IS SO ORDERED. |
| 11 | DATED: October 5, 2017 |

_[signature]_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3

8   UNITED STATES DISTRICT COURT

9   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MAYNARD EDRALIN BUMAGAT,    No. 2:17-cv-02022 KJM AC (PS)

12           Plaintiff,

13       v.                    NOTICE OF SUBMISSION

14  TERRY SHILLINGER, et al.,

15           Defendants.

16

17      Plaintiff has submitted the following documents to the U.S. Marshal, in compliance with

18  the court's order filed _____:

19      ____ completed summons form

20      ____ completed USM-285 form

21      ____ copy of the complaint

22      ____ completed form to consent or decline to consent to magistrate judge jurisdiction

23

24  _____     _____
    Date                                        Plaintiff's Signature

25

26

27

28

1