UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYNARD EDRALIN BUMAGAT, | No. 2:17-c-02008-TLN-GGH |
| Plaintiff, | ORDER |
| v. | |
| TERRY SHILLINGER, et al., | |
| Defendants. | |

*ORDER TO SHOW CAUSE*

On January 22, 2018 this court issued an Order to Show Cause requiring plaintiff to explain why he failed to attend a scheduled court hearing on the Motion to Dismiss filed by defendants County of Solano and Amy Furlong which was held on January 18, 2018. ECF 31. Plaintiff responded to that Order on January 22, 2018, and the Order will now be discharged.

*PROCEDURAL HISTORY*

In the period after the Motion to Dismiss was at issue and scheduled for hearing, but before the hearing was held, plaintiff filed a Motion to Strike Affirmative Defenses, ECF No. 22, raised in an Answer to his complaint filed by defendants Jeff Basset, Andrew Bidou, City of Vallejo and Terry Shillinger, ECF No. 16, a Motion for Procedural Accommodations, ECF No. 24, a Motion to Amend his Complaint, ECF No. 25, a copy of the proposed Fourth Amended Complaint against all defendants, ECF No. 26, and a Motion to Reissue Summons, ECF No. 27

1

All of plaintiff's filings predated the scheduled hearing date.

In addition soon after the filing of the complaint in this case, plaintiff filed another, substantially identical complaint in case number 2:17-cv-2022-KJM-AC PS arising from the same nucleus of operative facts and naming all of the defendants in the instant case plus some additions.[1] He was granted in forma pauperis status in that case by Magistrate Judge Allison Claire before the later case was related to this case pending before District Judge Nunley and the undersigned. In 17-cv-2022, plaintiff has filed a Motion to Strike Affirmative Defenses, although no Answer appears to have been filed in this matter, a Motion for Leave to File an Amended complaint, ECF No. 10, a copy of the proposed amendment, ECF No. 11, a Motion to Reissue Summons, ECF No. 12 and a Motion for Procedural Accommodations, ECF No. 13. Plaintiff's Opposition to the Motion to Dismiss filed in 17-cv-2008 was filed in 17-2022 in error which caused some confusion. ECF No. 14. There has been no action taken by the defendants in this second case.

## DISCUSSION

It had been the intention of the court to address all of the issues raised by both of these cases and to attempt to clear up plaintiff's confusion during the scheduled hearing. Plaintiff, however, appears to believe that his appearance was never requested, or was waived by one of the court's earlier Orders. As a threshold matter, then, it is important for plaintiff to understand that when a hearing is noticed (and unless expressly vacated by the court), it is expected that *all* parties will appear at the hearing, either in person if acting pro se, or through counsel if they are represented, as much of the procedural guidance requested by plaintiff is often provided during such hearings where all parties can be heard on such issues.

In order to achieve some clarity with these actions, the court will reschedule a hearing on the issues outstanding in both this case and the duplicative one – 2:17-cv-2022 – to be held on April 5, 2018, with all parties present. The parties should be prepared to discuss the following issues:

---

[1] The additional defendants are Solano County District Attorney, Prosecutor Krishna A. Abrams, and Deputy District Attorney Adam C. Wright.

1. The merits of defendant's Motion to Dismiss in this case;

2. The merits of plaintiff's Motion to Strike Affirmative Defenses in this case;

3. Whether the duplicative case – 2:17-cv-2022 – should continue as a separate matter or be merged or into the instant case, otherwise be dismissed, or be consolidated;

4. Any other issues of which the parties make the court aware before the scheduled hearing discussion of which may facilitate moving this case forward.

In light of the foregoing, IT IS HEREBY ORDERED that:

1. This Court's Order to Show Cause is discharged;

2. The Clerk shall schedule a hearing of defendant's pending Motion to Dismiss, and plaintiff's filed Motion to Strike Defenses for 9:00 a.m. on April 5, 2018;

3. Defendants shall file any Opposition to the Motion to Strike no later than 14 calendar days prior to the scheduled hearing and plaintiff may file any Reply thereto no later than 7 days prior to the scheduled hearing;

4. Notice of this order shall be given in case number 2:17-cv-2022 so that counsel in that case may appear and participate in procedural discussions as well;

5. The plaintiff is given permission to file documents through the ECF filing system and must contact the Clerk of the Court at 501 I Street, 4th Floor, Sacramento, CA 95814, for instructions on the proper use of the system;

6. No further motions shall be filed by any party prior to the scheduled hearing.

**IT IS SO ORDERED.**

Dated: March 1, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE